PROB 12C
(7/93)

Report Date:  June 26, 2015

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan Allen Reynolds            Case Number: 0980 2:03CR00162-FVS-1

Address of Offender: █████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: February 12, 2004

Original Offense:        Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1)

Original Sentence:       Prison 151 months;            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     U.S. Attorney's Office        Date Supervision Commenced: August 25, 2014

Defense Attorney:        Federal Defenders Office      Date Supervision Expires: August 24, 2017

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Ryan Reynolds violated the terms of his supervised release by committing assault, obstructing the arresting officers, resisting arrest and committing indecent exposure on June 25, 2015, in violation of mandatory condition #2.

According to Spokane County Sheriff's Office report number 15-214331, Spokane County Sheriff's deputies made contact with the victim, Ryan Reynolds' girlfriend, at their residence in reference to a domestic dispute.  The victim stated that Mr. Reynolds would not allow her entry into the residence as he kept re-locking the door when she unlocked it with her key.  She stated that he eventually let her in and then went outside naked and yelled at four individuals to get away from his house while exposing himself.

While deputies were speaking with the victim, Mr. Reynolds stepped out of the residence and yelled "fuck you" and slammed the door.  The defendant then ran out the back door of the residence. Deputies yelled for him to stop and told him he was under arrest. Mr. Reynolds refused to stop. A foot pursuit began and the deputy called for additional support.

Prob12C
**Re: Reynolds, Ryan Allen**
**June 26, 2015**
**Page 2**

Mr. Reynolds was able to elude the pursuing deputy and circled back around to his residence and assaulted the victim by striking her with both hands on her chest causing her to fall.

Mr. Reynolds ran again causing another foot pursuit by the responding deputies. The deputies eventually caught up to the defendant and gave him verbal orders to get on the ground. Mr. Reynolds did lay on the ground, but refused to put his hands behind his back. An arresting deputy eventually used force to gain compliance of Mr. Reynolds to effect the arrest.

Mr. Reynolds was booked into the Spokane County Jail for fourth degree assault - domestic violence, third degree malicious mischief - domestic violence, indecent exposure, and obstruction of a public officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    6/26/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

June 26, 2015

Date