PROB 12C
(7/93)

Report Date:  April 1, 2016

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 01, 2016

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan Allen Reynolds          Case Number: 0980 2:03CR00162-RMP-1

Address of Offender: ███████████ Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: February 12, 2004

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison 151 months; TSR - 36 months          Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office          Date Supervision Commenced: September 1, 2015 |
| Defense Attorney: | Federal Defenders Office          Date Supervision Expires: August 8, 2018 |

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence**: Ryan Reynolds has failed to enter into a substance abuse program as directed, in violation of special condition number 15. |
| | Ryan Reynolds participated in a chemical dependency evaluation on March 23, 2016. At that time, he was instructed to call each day until an inpatient bed could be located.  Mr. Reynolds has not called since the date of his intake on March 23, 2016, as directed by the treatment provider. |
| 2 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer. |
| | **Supporting Evidence**: Ryan Reyolds has failed to abstain from the use of illegal controlled substances and failed to comply with his urinalysis testing as directed by his probation officer, in violation of special condition number 16. |

**Prob12C**
**Re: Reynolds, Ryan Allen**
**April 1, 2016**
**Page 2**

On March 23, 2016, Mr. Reynolds submitted a urine test after his chemical dependency evaluation. The sample was returned on March 26, 2016, as positive for methamphetamine. Mr. Reynolds had disclosed during his chemical dependency assessment that he had used methamphetamine on March 22, 2016, and had been using throughout the term of his supervised release.

On March 23, 2016, the undersigned officer directed Mr. Reynolds to report every Monday, Wednesday, and Friday for urine testing until he commencement of intensive inpatient treatment. Mr. Reynolds failed to report as directed on March 28 and 30, 2016. Numerous calls have been placed to the offender with no response.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   4/1/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[ X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

4/1/2016

Date