PROB 12C
(6/16)

Report Date: December 21, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan Allen Reynolds     Case Number: 0980 2:03CR00162-RMP-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇, Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: February 12, 2004

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 151 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 20 days;<br>TSR - 35 months, 9 days | |
| Asst. U.S. Attorney: | Scott Travis Jones | Date Supervision Commenced: September 1, 2015 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: August 8, 2018 |

## PETITIONING THE COURT

        To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/01/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

      3        **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

             **Supporting Evidence**:  Ryan Reynolds has failed to abstain from the use of illegal controlled substances by testing positive for methamphetamine on December 8, 2016, in violation of special condition number 16.

             Mr. Reynolds submitted to a random drug test at New Horizon's Care Center on December 8, 2016, during a treatment session.  The sample was returned from Millennium Health on December 15, 2016, as positive for methamphetamine.

Prob12C  
**Re: Reynolds, Ryan Allen**  
**December 20, 2016**  
**Page 2**

                        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/21/2016

s/Patrick J. Dennis

Patrick J. Dennis  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action  
[ ]   The Issuance of a Warrant  
[X]   The Issuance of a Summons  
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]   Defendant to appear before the Judge assigned to the case.  
[X]   Defendant to appear before the Magistrate Judge.  
[ ]   Other

Signature of Judicial Officer

12/21/2016

Date