PROB 12C
(6/16)

Report Date: July 6, 2017

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2017

SEAN F. McAVOY, CLERK

Name of Offender: Ryan Allen Reynolds            Case Number: 0980 2:03CR00162-WFN-1

Address of Offender:                   Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 12, 2004

Original Offense:        Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1)

Original Sentence:       Prison: 151 months;          Type of Supervision: Supervised Release
                         TSR:  36 months

Revocation Sentence:     Prison: 20 Days
(09/01/2015)             TSR: 35 Months

Asst. U.S. Attorney:     Alison Gregoire             Date Supervision Commenced: September 1, 2015

Defense Attorney:        Roger Peven                 Date Supervision Expires: August 8, 2018

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: On September 8, 2015, Mr. Reynolds signed his conditions of supervised release acknowledging that he understood them. Specifically, that he understood he was to refrain from any unlawful use of a controlled substance.

Mr. Reynolds submitted a urine specimen at the U.S. Probation Office on June 15, 2017, that was confirmed positive for methamphetamine. Additionally, he admitted to the undersigned officer that he had recently consumed methamphetamine. On June 22, 2017, during a home contact, he again admitted to the undersigned officer that he was continuing to consume methamphetamine, and provided another urine specimen that was confirmed positive for methamphetamine.

Prob12C
Re: Reynolds, Ryan Allen
July 6, 2017
Page 2

| | | |
|---|---|---|
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | |

**Supporting Evidence**:  On September 8, 2015, Mr. Reynolds signed his conditions of supervised release acknowledging that he understood them. Specifically, that he understood he is to follow the instructions of the probation officer.

Mr. Reynolds was directed to attend all scheduled Eastern District of Washington Sobriety Treatment and Education Program (STEP) sessions by the undersigned officer. Additionally, he was provided with a written court order on June 15, 2017, to attend the scheduled STEP session on July 6, 2017. However, Mr. Reynolds failed to attend the STEP session as scheduled on July 6, 2017.

3    **Special Condition # 20**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  On September 8, 2015, Mr. Reynolds signed his conditions of supervised release acknowledging that he understood them. Specifically, he understood that he is to submit to urinalysis and sweat patch testing, as directed by the supervising officer.

Ryan Reynolds failed to report for substance abuse drug testing as directed on June 19, and 30, and July 5, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 6, 2017

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

7/6/2017

Date