PROB 12C
(6/16)

Report Date: March 29, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan Allen Reynolds    Case Number: 0980 2:03CR00162-WFN-1

Address of Offender:    Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 12, 2004

Original Offense:    Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 151 months;    Type of Supervision: Supervised Release
                      TSR - 36 months

Revocation
Sentence:             Prison - Time Served (20 days)
(09/01/2015)          TSR - 35 months, 9 days

Asst. U.S. Attorney:    Scott Jones    Date Supervision Commenced: September 1, 2015

Defense Attorney:    Roger Peven    Date Supervision Expires: August 8, 2018

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On September 8, 2015, Mr. Reynolds signed his conditions of supervised release acknowledging that he understood them. Specifically, that he understood he is to follow the instructions of the probation officer. |
| | On March 28 and 29, 2018, voice messages were left for Ryan Reynolds directing him to immediately contact his probation officer. Additionally, the undersigned officer attempted to personally contact Mr. Reynolds at his residence on March 29, 2018, with negative results. At the time of this report, he has failed to contact his probation officer at directed. |
| 2 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons. |

Prob12C
Re: Reynolds, Ryan Allen
March 29, 2018
Page 2

      **Supporting Evidence**: On September 8, 2015, Mr. Reynolds signed his conditions of supervised release acknowledging that he understood them. Specifically, that he understood he shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

      On March 29, 2018, the undersigned officer contacted Mr. Reynolds' employer who informed he had not had contact with Mr. Reynolds since March 23, 2018. His employer advised that Mr. Reynolds was supposed to contact him on March 26, 2018, however, at the time of this report has failed to do so.

3      **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

      **Supporting Evidence**: On September 8, 2015, Mr. Reynolds signed his conditions of supervised release acknowledging that he understood them. Specifically, that he understood he shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing as directed by the supervising officer.

      Ryan Reynolds failed to report for urinalysis testing as scheduled on March 27 and 28, 2018.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/29/2018

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/29/2018
Date